KELI M. REYNOLDS (CA 227650)
OLMOS & REYNOLDS LAW GROUP, LLP
315 W. 9th St. Ste. 801
Los Angeles, CA 90015
(323) 951-0144
keli@olmosandreynolds.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sevak VARDUMYAN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>Kristi NOEM, et al.,<br><br>　　　　　　Respondents. | Case No. 5:26-cv-00641<br><br>**PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

Pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure, Petitioner hereby moves the Court for emergency relief in the form of a temporary restraining order ("TRO").

Petitioner seeks an order enjoining Respondents from transferring him out of this judicial district during the pendency of his Petition for a Writ of Habeas Corpus or ordering them to return him if he has already been transferred. Petitioner also moves this Court to order his immediate release on an Order of Supervision (OSUP), which restores the status quo in place before Respondents unlawfully revoked his OSUP and re-detained him. Petitioner also seeks an order enjoining Respondents from re-detaining him absent full compliance with the regulations, including: (1) a clear statement of the reasons for his re-detention; (2) the provision of an informal interview where Petitioner can contest the reason for the revocation of his OSUP; and (3) a reasoned evaluation of any contested facts relevant to the revocation of his OSUP and a determination whether the facts as determined warrant revocation and further denial of release. In the alternative, Petitioner moves this Court to order Petitioner's immediate release from Respondents' custody and enjoining Respondents from re-detaining him unless they demonstrate by clear and convincing evidence that he is a flight risk or danger to the community at a pre-deprivation hearing before a neutral adjudicator.

Petitioner seeks this emergency relief because his re-detention is depriving him of constitutional rights and causing immediate and irreparable injury in the form of

the unlawful deprivation of his liberty.

Petitioner requests the Court schedule oral argument as soon as the Court's calendar allows and the parties are available, should it be necessary to resolve this motion.

Petitioner further moves for the issuance of an order to show cause as to why a preliminary injunction should not issue.

This application is supported by the Memorandum of Points and Authorities, accompanying exhibits, as well as any additional submissions that may be considered by the Court.

Respondents oppose this application. *See* attached Certificate of Counsel.

DATED: February 12, 2026         s/ Keli M. Reynolds
                                 Keli M. Reynolds
                                 Olmos & Reynolds Law Group, LLP
                                 315 W. 9th St. Ste. 801
                                 Los Angeles, CA 90015
                                 (323) 951-0144
                                 keli@olmosandreynolds.com
                                 *Attorney for Petitioner*

# CERTIFICATE OF COUNSEL

Pursuant to Rule 65(b)(1)(B) of the Federal Rules of Civil Procedure, L.R. 7-19.1, and L.R. 65-1, I hereby certify that on February 11, 2026 at approximately 11:50 p.m., I sent an email to Daniel Beck, AUSA, Chief, Complex and Defensive Litigation Section, U.S. Attorney's Office, Central District of California. In the email, I provided Mr. Beck conformed copies of Petitioner's Petition for Writ of Habeas Corpus and supporting documents. Mr. Beck responded that Respondents oppose this application for TRO.

I will provide a copy of the Application for a Temporary Restraining Order, Memorandum of Points and Authorities, and Supporting Exhibits to Mr. Beck by emailing copies to Daniel.Beck@usdoj.gov shortly after filing the pleadings via CM/ECF.

Respectfully Submitted,

DATED: February 12, 2026

s/ Keli M. Reynolds
KELI M. REYNOLDS
Olmos & Reynolds Law Group, LLP
315 W. 9th St. Ste. 801
Los Angeles, CA 90015
(323) 951-0144
keli@olmosandreynolds.com

*Attorney for Petitioner*